F. Christopher Austin (7133)
LEX TECNICA
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. 702-610-9094
Chris@lextecnica.com

*Attorneys for Defendant*
*ELMNT, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| DRINK LMNT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELMNT, LLC, a Utah limited liability company,<br><br>Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00730-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

Plaintiff Drink LMNT, Inc. and Defendant ELMNT, LLC, by and through their respective counsel, jointly move under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for a thirty-day extension of Defendant's deadline to answer or otherwise respond to the Complaint, from August 31, 2026 to and including September 30, 2026.

Defendant was served on August 8, 2026, and its response is presently due August 31, 2026. This motion is made before that deadline expires and is the first request for an extension of that deadline in this action. The parties have conferred and stipulate to the requested extension.

Good cause supports the extension. Defendant began seeking Utah counsel the first business day after service, identified undersigned counsel on the third business day, and completed

the engagement on August 25, 2026, six days before the response deadline. Counsel requires additional time to review the discovery record developed between these same parties in a prior action, to evaluate the claims pleaded in the Complaint, and to investigate compulsory counterclaims under Rule 13(a) so that counsel may respond competently on Defendant's behalf.

The extension will not delay any other deadline in this case. Under the Court's Order to Propose Schedule (Dkt. 12), the deadlines for the draft Attorney Planning Meeting Report, the Rule 26(f) conference, the scheduling motion, the close of fact discovery, and dispositive motions each run from the date the first answer is filed. No scheduling order has issued, no Rule 26(f) conference has occurred, discovery has not opened, and no trial date has been set. The parties have agreed to confer regarding the case schedule and other preliminary matters by September 7, 2026, notwithstanding this extension.

A proposed order is submitted with this Motion and has been emailed to the assigned judge's chambers in editable format, with copies to all counsel of record, as required by DUCivR 7-1(e)(2).

DATED this 31st day of August, 2026.

LEX TECNICA

/s/ *F. Christopher Austin*
F. Christopher Austin (7133)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. 702-610-9094
Chris@lextecnica.com

*Attorneys for Defendant*
*ELMNT, LLC*

WOLF, GREENFIELD & SACKS, P.C

/s/ *Ryan Van Olst*
Ryan Van Olst (admitted pro hac vice) (Signed by F. Christopher Austin with permission of Ryan Van Olst)
Michael A. Albert (admitted pro hac vice)
Christina M. Licursi (admitted pro hac vice)
Evan C. Jones (admitted pro hac vice)
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617-646-8000

WORKMAN NYDEGGER
David P. Johnson (13260)
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800
djohnson@wnlaw.com

*Attorneys for Plaintiff*
*DRINK LMNT, INC.*

Counsel for Defendant certifies that counsel for Plaintiff authorized the use of his electronic signature on this filing. See DUCivR 10-1(a)(8)(B).