**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| DRINK LMNT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELMNT, LLC, a Utah limited liability company,<br><br>Defendant. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00730-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of David Lamb. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this 15th day of September 2026.

**BY THE COURT:**

PAUL KOHLER
United States Magistrate Judge