David P. Johnson (#13260)
djohnson@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: 801-533-9800

Michael A. Albert (pro hac vice)
malbert@wolfgreenfield.com
Evan C. Jones (pro hac vice)
ejones@wolfgreenfield.com
Christina M. Licursi (pro hac vice)
clicursi@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617.646.8000

Ryan Van Olst (pro hac vice)
rvanolst@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.571.5001

*Attorneys for Plaintiff Drink LMNT, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| DRINK LMNT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELMNT, LLC,<br><br>Defendant. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>Case No. 2:26-cv-00730-DBB-PK<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Paul Kohler |

Plaintiff Drink LMNT, Inc. ("LMNT") and Defendant ELMNT, LLC ("ELMNT") (together, the "Parties"), through counsel, jointly move under Fed. R. Civ. P. 16(b), DUCivR 7-1(a)(2)(G), and paragraph 3(a) of the Court's Order to Propose Schedule (Dkt. 12) for entry of a scheduling order. The Parties have conferred under Fed. R. Civ. P. 26(f), have agreed on all matters required to be addressed in their Attorney Planning Meeting Report, and have jointly signed that Report, attached as Exhibit A. The Parties request that the Court enter the stipulated proposed Scheduling Order attached as Exhibit B.

**STATEMENT IN SUPPORT**

1. ELMNT filed its Answer and Counterclaims on September 30, 2026 (Dkt. 22).

2. Counsel for the Parties conferred under Fed. R. Civ. P. 26(f) by telephone on September 11, 2026, and again on September 30, 2026. The Parties have reached agreement on all issues required to be discussed in the Rule 26(f) conference and addressed in the Attorney Planning Meeting Report.

3. The Parties' jointly signed Attorney Planning Meeting Report is attached as Exhibit A. The proposed deadlines fall within the periods recommended in paragraph 5 of the Order to Propose Schedule.

4. The Parties previously litigated substantially similar claims in *Drink LMNT, Inc. v. ELMNT, LLC*, No. 2:25-cv-01018-SPC-KRH (M.D. Fla.), which was dismissed without prejudice on jurisdictional grounds after substantial written discovery and document production had been completed. The Parties have separately filed a stipulated motion for an order permitting the use of that discovery in this action, which also sets the numerical discovery limits reflected in the Attorney Planning Meeting Report.

5. The Parties' stipulated proposed Scheduling Order is attached as Exhibit B. In accordance with DUCivR 7-1(e)(2) and paragraph 3(a) of the Order to Propose Schedule, the Parties are concurrently emailing an editable copy of the proposed Scheduling Order to the chambers of Magistrate Judge Kohler at utdecf_kohler@utd.uscourts.gov, with a copy to all counsel of record.

The Parties respectfully request that the Court enter the proposed Scheduling Order.

Dated: October 9, 2026

/s/ Ryan Van Olst
Ryan Van Olst
Michael A. Albert
Evan C. Jones
Christina M. Licursi
WOLF, GREENFIELD & SACKS, P.C.

David P. Johnson
WORKMAN NYDEGGER

*Attorneys for Plaintiff*
*Drink LMNT, Inc.*

Dated: October 9, 2026

/s/ F. Christopher Austin
F. Christopher Austin
LEX TECNICA

*Attorney for Defendant*
*ELMNT, LLC*