David P. Johnson (#13260)
djohnson@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

Michael A. Albert (admitted pro hac vice)
malbert@wolfgreenfield.com
Ryan Van Olst (admitted pro hac vice)
rvanolst@wolfgreenfield.com
Evan C. Jones (MA #709940) (pro hac vice)
ejones@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617-646-8000

*Attorneys for Plaintiff and Counterclaim-Defendant*
*DRINK LMNT, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| DRINK LMNT, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ELMNT, LLC, a Utah limited liability company,<br><br>Defendant and Counterclaim-Plaintiff. | **DECLARATION OF RYAN VAN OLST IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS COUNT I OF DEFENDANT'S COUNTERCLAIM**<br><br>Civil Action No. 2:26-cv-00730-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

I, Ryan Van Olst, declare as follows:

1. I am an attorney at Wolf, Greenfield & Sacks, P.C., and counsel of record for Plaintiff and Counterclaim-Defendant Drink LMNT, Inc. ("LMNT") in this action. I have personal knowledge of the facts stated in this declaration.

2. On October 31, 2025, I sent an email to David M. Lamb, counsel for Defendant ELMNT, LLC, stating that LMNT intended to submit a notice of trademark infringement to Amazon.com regarding ELMNT's product listings within five days. Mr. Lamb responded by email on November 3, 2025.

3. On November 4, 2025, I submitted a notice of trademark infringement to Amazon.com on behalf of LMNT through Amazon's Report Infringement form. On the same day, I received an automated email from Amazon acknowledging receipt of the submission and identifying it as Complaint ID 18768151121. Attached as **Exhibit A** is a true and correct copy of that email.

4. Attached as **Exhibit B** is a true and correct copy of the Order of Dismissal entered November 5, 2025 in *Drink LMNT, Inc. v. ELMNT, LLC*, No. 1:25-cv-10659-MJJ (D. Mass.), Dkt. 30, as obtained from the court's electronic docket.

5. Attached as **Exhibit C** is a true and correct copy of the first page of the docket sheet in Drink LMNT, Inc. v. ELMNT, LLC, No. 2:25-cv-01018-SPC-KRH (M.D. Fla.), as obtained from the court's electronic docket, reflecting that the complaint (Dkt. 1) was filed on November 6, 2025.

6. On November 7, 2025, I received a further email from Amazon referencing the notice of trademark infringement and Complaint ID 18768151121, stating "We are in the process of reviewing your complaint." Attached as **Exhibit D** is a true and correct copy of that email.

7. ELMNT's Counterclaim cites two Amazon web pages: https://ship.amazon.com/site-terms and https://sellercentral.amazon.com/help/hub/reference/external/U5SQCEKADDAQRLZ. Attached as **Exhibit E** are true and correct copies of those pages as archived by the Internet Archive's Wayback Machine: the first page as archived on November 17, 2025, at https://web.archive.org/web/20251117073301/https://ship.amazon.com/site-terms, and the second as archived on September 16, 2025, at https://web.archive.org/web/20250916212946/https://sellercentral.amazon.com/help/hub/reference/external/U5SQCEKADDAQRLZ. The first page states that it was last updated August 6, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2026

Ryan Van Olst

____________________________
Ryan Van Olst



#15880130v1