# EXHIBIT A

**From:** Amazon <no-reply-notice-outreach@amazon.com>
**Sent:** Tuesday, November 4, 2025 10:50 AM
**To:** Van Olst, Ryan M.
**Subject:** We Have Received Your Infringement Complaint about B09X2CG92L, B09YN99TKQ, B09YTG6G13, B0BL962XSP, B0C4NV7Q2B, B0CB83LD77, B0CJB9WKWP, B0CPV3DRBP, B0CVTSWKJ9, B0D5JL8GVL, B0D6SQFKY8, B0D9NLGV6W, B0DF7T32D5, B0DK56NF6R, B0F8SDF787, B0FN2Q1D2M

amazon

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 18768151121

Sincerely,
Amazon.com

©2025 Amazon.com, Inc. or its affiliates. Amazon and all related marks are trademarks of Amazon.com, Inc. or its affiliates, Amazon.com, Inc. 410 Terry Avenue N., Seattle, WA 98109.