# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Drink LMNT, Inc.** Plaintiff, | ) | **1:25-cv-10659-MJJ** |
| v. | ) | |
| **ELMNT, LLC** Defendant | ) | |

**ORDER OF DISMISSAL**

November 5, 2025

**Joun, D.J.**

In accordance with the Court's Electronic Order entered and dated November 5, 2025, it is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

November 5, 2025

/s/ Steve K. York
--------------------------
**Deputy Clerk**