# EXHIBIT C

RECAP Actions

CLOSED,MEDIATION

**U.S. District Court**
**Middle District of Florida (Ft. Myers)**
**CIVIL DOCKET FOR CASE #: 2:25-cv-01018-SPC-KRH**

Drink LMNT, Inc v ELMNT, LLC
Assigned to: Judge Sheri Polster Chappell
Referred to: Magistrate Judge Kevin R. Huguelet
Cause: 15:1114 Trademark Infringement

Date Filed: 11/06/2025
Date Terminated: 07/13/2026
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2025 | 1 | COMPLAINT *with Injunctive Relief Requested* against ELMNT, LLC with Jury Demand (Filing fee $405 receipt number AFLMDC-24091432) filed by DRINK LMNT, INC.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Supplement, # 11 Proposed Summons, # 12 Civil Cover Sheet)(Riccio, Nicole) (Entered: 11/06/2025) |
| 11/06/2025 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Drink Lmnt, Inc. Related case(s): Yes (Riccio, Nicole) Modified on 11/7/2025 to edit docket text. (WLB). (Entered: 11/06/2025) |
| 11/06/2025 | 3 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Drink Lmnt, Inc. (Riccio, Nicole) Modified on 11/7/2025 to edit docket text. (WLB). (Entered: 11/06/2025) |
| 11/07/2025 | 4 | NEW CASE ASSIGNED to Judge Sheri Polster Chappell and Magistrate Judge Douglas N. Frazier. New case number: 2:25-cv-1018-SPC-DNF. (ARL) (Entered: 11/07/2025) |
| 11/07/2025 | 5 | NOTICE TO ALL COUNSEL of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (WLB) (Entered: 11/07/2025) |
| 11/07/2025 | 6 | NOTICE TO COUNSEL Michael A. Albert, Christina M. Licursi, and Ryan Van Olst of Local Rule 2.01(c), Special Admission - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee. (Signed by Deputy Clerk). (WLB) (Entered: 11/07/2025) |
| 11/07/2025 | 7 | SUMMONS issued as to ELMNT, LLC. (MGB) (Entered: 11/07/2025) |
| 11/07/2025 | 8 | Trademark Report electronically sent to the U.S. Patent and Trademark Office. (MGB) (Entered: 11/07/2025) |
| 11/11/2025 | 9 | NOTICE of Lead Counsel Designation by Nicole D. Riccio on behalf of Drink LMNT, Inc. Lead Counsel: Michael A. Albert. (Riccio, Nicole) (Entered: 11/11/2025) |
| 11/12/2025 | 10 | **CIVIL Action Order Signed by All Divisional Judges on 11/12/2025. (MLD)** (Entered: 11/12/2025) |
| 11/13/2025 | 11 | MOTION for Christina M. Licursi to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-24113016 for $150 by Drink LMNT, Inc. (Riccio, Nicole) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 11/13/2025) |
| 11/13/2025 | 12 | MOTION for Ryan Van Olst to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-24113110 for $150 by Drink LMNT, Inc. (Riccio, Nicole) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 11/13/2025) |
| 11/13/2025 | 13 | MOTION for Michael A. Albert to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-24113134 for $150 by Drink LMNT, Inc. (Riccio, Nicole) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 11/13/2025) |
| 11/14/2025 | 14 | **ENDORSED ORDER granting 11 Motion for Special Admission of Christina M. Licursi to specially appear to represent Plaintiff, which complies with Local Rule 2.01(c). Unless non-resident attorney Licursi already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Douglas N. Frazier on 11/14/2025. (BRH)** (Entered: 11/14/2025) |
| 11/14/2025 | 15 | **ENDORSED ORDER granting 12 Motion for Special Admission of Ryan Van Olst to specially appear to represent Plaintiff, which complies with Local Rule 2.01(c). Unless non-resident attorney Van Olst already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Douglas N. Frazier on 11/14/2025. (BRH)** (Entered: 11/14/2025) |
| 11/14/2025 | 16 | **ENDORSED ORDER granting 13 Motion for Special Admission of Michael A. Albert to specially appear to represent Plaintiff, which complies with Local Rule 2.01(c). Unless non-resident attorney Albert already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Douglas N. Frazier on 11/14/2025. (BRH)** (Entered: 11/14/2025) |
| 11/19/2025 | 17 | RETURN of service executed on 11/14/2025 by Drink LMNT, Inc as to ELMNT, LLC. (Albert, Michael) (Entered: 11/19/2025) |
| 12/05/2025 | 18 | MOTION to Dismiss Complaint by ELMNT, LLC. (Nelles, Matthew) (Entered: 12/05/2025) |
| 12/05/2025 | 19 | DECLARATION of Wesley Marriott re 18 MOTION to Dismiss Complaint by ELMNT, LLC. (Nelles, Matthew) (Entered: 12/05/2025) |
| 12/05/2025 | 20 | DECLARATION of David M. Lamb re 18 MOTION to Dismiss Complaint by ELMNT, LLC. (Attachments: # 1 Exhibit Redline of Complaints, # 2 Exhibit ELMNT (Walmart), # 3 Exhibit Element (USPTO), # 4 Exhibit LMNT (USPTO), # 5 Exhibit TM Reg No. 6412190, # 6 Exhibit TM Reg No. 6898116, # 7 Exhibit TM App No. 97248466)(Nelles, Matthew) (Entered: 12/05/2025) |
| 12/05/2025 | 21 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by ELMNT, LLC. (Nelles, Matthew) (Entered: 12/05/2025) |
| 12/08/2025 | 22 | NOTICE of hearing: Rule 16(b) Conference set for 1/21/2026 at 10:10 AM in Zoom Video Conference before Magistrate Judge Douglas N. Frazier. Case Management Report due by 01/14/2026. Zoom instructions will be provided via separate email to counsel of record.(MLD) (Entered: 12/08/2025) |
| 12/09/2025 | 23 | Unopposed MOTION for David M. Lamb to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-24210836 for $150 by ELMNT, LLC. (Nelles, Matthew) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 12/09/2025) |
| 12/10/2025 | 24 | **ENDORSED ORDER granting 23 Unopposed Motion for Special Admission of David M. Lamb to appear specially to represent Defendant ELMNT, LLC. The motion complies with Local Rule 2.01(c). Unless non-resident attorney Lamb already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Douglas N. Frazier on 12/10/2025. (BRH)** (Entered: 12/10/2025) |
| 12/12/2025 | 25 | MOTION for Miscellaneous Relief, specifically Drink LMNT, Inc.'s Conditional Motion for Jurisdictional Discovery by Drink LMNT, Inc. (Van Olst, Ryan) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 12/12/2025) |
| 12/12/2025 | 26 | DECLARATION of Jeffrey Brams re 25 MOTION for Miscellaneous Relief, specifically Drink LMNT, Inc.'s Conditional Motion for Jurisdictional Discovery by Drink LMNT, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit Index)(Van Olst, Ryan) (Entered: 12/12/2025) |
| 12/12/2025 | 27 | DECLARATION of Jaime Matos re 25 MOTION for Miscellaneous Relief, specifically Drink LMNT, Inc.'s Conditional Motion for Jurisdictional Discovery by Drink LMNT, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit Index)(Van Olst, Ryan) (Entered: 12/12/2025) |
| 12/12/2025 | 28 | DECLARATION of Joel Matos re 25 MOTION for Miscellaneous Relief, specifically Drink LMNT, Inc.'s Conditional Motion for Jurisdictional Discovery by Drink LMNT, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit Index)(Van Olst, Ryan) (Entered: 12/12/2025) |
| 12/15/2025 | 29 | NOTICE of Lead Counsel Designation by David Lamb on behalf of ELMNT, LLC. Lead Counsel: David M. Lamb. (Lamb, David) (Entered: 12/15/2025) |
| 12/26/2025 | 30 | RESPONSE in Opposition re 18 MOTION to Dismiss Complaint filed by Drink LMNT, Inc. (Van Olst, Ryan) (Entered: 12/26/2025) |
| 12/26/2025 | 31 | RESPONSE in Opposition re 25 MOTION for Miscellaneous Relief, specifically Drink LMNT, Inc.'s Conditional Motion for Jurisdictional Discovery filed by ELMNT, LLC. (Lamb, David) (Entered: 12/26/2025) |
| 01/12/2026 | 32 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Rule 16(b) Conference hearing previously scheduled for 01/21/2026 is rescheduled. New hearing time: Rule 16(b) Conference set for 1/21/2026 at 10:15 AM in Zoom Video Conference before Magistrate Judge Douglas N. Frazier. Case Management Report due by 01/14/2026. Zoom instructions will be provided via separate email to counsel of record.(MLD) (Entered: 01/12/2026) |
| 01/14/2026 | 33 | CASE MANAGEMENT REPORT. (Van Olst, Ryan) (Entered: 01/14/2026) |
| 01/21/2026 | 34 | Minute Entry. Virtual Proceedings held before Magistrate Judge Douglas N. Frazier: RULE 16(b) CONFERENCE held on 1/21/2026. (Digital) (MLD) (Entered: 01/21/2026) |
| 01/21/2026 | 35 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 2/20/2026. Joinder of Parties due by 2/20/2026. Discovery due by 2/26/2027. Dispositive motions due by 3/26/2027. Pretrial statement due by 9/10/2027. All other motions due by 9/7/2027. Plaintiff disclosure of expert report due by 11/30/2026. Defendant disclosure of expert report due by 12/28/2026. Final Pretrial Conference set for 9/24/2027 at 09:30 AM in Ft. Myers Courtroom 5 D before Judge Sheri Polster Chappell. Jury Trial term commencing on 10/4/2027 at 09:00 AM in Ft. Myers Courtroom 5 D before Judge Sheri Polster Chappell. Conduct mediation hearing by 3/5/2027. Lead counsel to coordinate dates. Signed by All Divisional Judges on 1/21/2026. (MLD)** (Entered: 01/21/2026) |
| 01/27/2026 | 37 | **ORDER denying 25 Conditional Motion for Jurisdictional Discovery. Signed by Magistrate Judge Douglas N. Frazier on 1/27/2026. (BRH)** (Entered: 01/27/2026) |
| 01/30/2026 | 38 | Unopposed MOTION for Extension of Time to File Rule 72(a) Objections to 37 Order Denying Conditional Motion for Jurisdictional Discovery by Drink LMNT, Inc. (Van Olst, Ryan) Motions referred to Magistrate Judge Douglas N. Frazier. Modified on 1/30/2026 as to docket text(LJC). (Entered: 01/30/2026) |
| 02/02/2026 | 39 | Joint NOTICE OF SELECTION of Mark Stein, Esq. as mediator by ELMNT, LLC. (Lamb, David) Modified text on 2/3/2026 (LAW). (Entered: 02/02/2026) |
| 02/02/2026 | 40 | **VACATED per 62 ENDORSED ORDER. ENDORSED ORDER granting 38 Unopposed Motion for Extension of Time to File Rule 72(a) Objections. The deadline for the parties to file Rule 72(a) objections to 37 Order denying Conditional Motion for Jurisdictional Discovery is extended to 14 days after the issuance of a decision on 18 Motion to Dismiss Plaintiff's Complaint. Signed by Magistrate Judge Douglas N. Frazier on 2/2/2026. (BRH)** Modified on 6/10/2026 to edit the docket text (MLB). (Entered: 02/02/2026) |
| 02/04/2026 | 41 | Joint MOTION for Protective Order by Drink LMNT, Inc. (Attachments: # 1 Stipulated Protective Order)(Van Olst, Ryan) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 02/04/2026) |