# EXHIBIT D

**From:** Amazon <notice@amazon.com>
**Sent:** Friday, November 7, 2025 8:37 AM
**To:** Van Olst, Ryan M.
**Subject:** Your Report of Rights Infringement on Amazon.com

Hello,

Thank you for your report of infringement. We are in the process of reviewing your complaint. This process may take up to 72 hours to complete.

ASIN:
:B0CPV3DRBP,B09X2CG92L,B0DF7T32D5,B0D5JL8GVL,B0CB83LD77,B0D9NLGV6W,B0CJB9WKWP,B09YN99TKQ,B0F8SDF787,B0C4NV7Q2B,B0FN2Q1D2M,B09YTG6G13,B0CVTSWKJ9,B0D6SQFKY8,B0DK56NF6R
Complaint ID: 18768151121

We have provided your email address and the additional information that you shared in your complaint to the reported sellers. You may be contacted by them to provide a retraction for this report. Retracting this complaint would allow the reported sellers to continue listing on the reported ASINs.

To retract a complaint submitted from Brand Registry, use the "Retract a complaint" link in Submission History:
https://brandregistry.amazon.com/brand/submission-history

To retract a complaint submitted from the Report Infringement Form, use the Retraction Form:
https://amazon.com/report/infringement/retract

You will need the complaint ID provided to submit a retraction.

If you have more notices that you wish to submit, our team only investigates one type of infringement per submission and no more than 50 ASINs per submission.

As a rights owner, you may be interested to know that Amazon offers various tools and services that allow you to have more control over your brand. If you would like to learn more about these services, visit the Brand Services page:
https://brandservices.amazon.com/?ld=BRUSNFE

To learn more about Amazon Intellectual Property policies, review our Rights Owner Help Content:
https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ

Amazon.com