# EXHIBIT E

INTERNET ARCHIVE WaybackMachine https://ship.amazon.com/site-terms Go MAY NOV 17 MAY 2024 2025 2026
3 captures
4 May 2025 - 11 May 2026
About this capture

Sign in

Last Updated: August 6, 2025
Welcome to Amazon Shipping.
Amazon.com Services LLC and/or its affiliates ("Amazon", "us", "we" or "our") provide website features and other products and services to you when you visit https://shipping.amazon.com, http://ship.amazon.com and https://track.amazon.com (the "website") use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively "Amazon Services"). Please see our Privacy Notice and our Cookies Notice to understand how we collect and process your personal information through Amazon Services. Amazon provides Amazon Services subject to the Conditions of Use set out on this page.

**Conditions of use**

Please read these Conditions of Use carefully before using Amazon Services. By using Amazon Services, you signify your agreement to be bound by these Conditions of Use. We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service you will also be subject to the terms, guidelines and conditions applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

**1. ELECTRONIC COMMUNICATIONS**

When you use any Amazon Service or send e-mails, text messages or other communications from any device to us, you are communicating with us electronically. We will communicate with you electronically in a variety of ways, such as by e-mail, text, in-app push notices or by posting e-mail messages or communications on the website or through the other Amazon Services. For contractual purposes, you agree that all agreements, notices, disclosures and other communications that we provide you electronically satisfy any legal requirement that such communication be in writing, unless mandatory applicable laws specifically require a different form of communication.

**2. RECOMMENDATIONS AND PERSONALISATION**

As part of the Amazon Services, we may recommend features, products, and services, including third party ads that might be of interest to you, identify your preferences, and personalize your experience.

**3. COPYRIGHT, AUTHORS' RIGHTS AND DATABASE RIGHTS**

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads and data compilations is the property of Amazon or its content suppliers and is protected by United States and international copyright, authors' rights and database right laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and is protected by United States and international copyright and database right laws.

You may not extract and/or re-utilize parts of the content of any Amazon Service without our express written consent. In particular, you may not utilize any data mining, robots, or similar data gathering and extraction tools to extract (whether once or many times) for re-utilization any parts of the content of any Amazon Service, without our express written consent. You may also not create and/or publish your own database that features substantial parts of any Amazon Service (e.g. our prices) without our express written consent.

**4. TRADEMARKS**

Click here to see a non-exhaustive list of Amazon trademarks. These and other trademarks that appear in any Amazon Service are trademarks of Amazon and may be registered in the United States or in certain other countries. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon. You may not use any of Amazon's trademarks, trade dress, or other intellectual property without Amazon's express prior written consent. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

**5. LICENSE AND ACCESS**

Subject to your compliance with these Conditions of Use and applicable Service Terms and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service or its contents; any collection and use of any, product listings, descriptions or prices; any derivative use of any Amazon Service or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools.

All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rights holders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without our express written consent. You may not frame or use framing techniques to enclose any trademark, logo or other proprietary information (including images, text, page layout, or form) of Amazon without our express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's names or trademarks without our express written consent.

You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

**6. YOUR ACCOUNT**

You may need your own Amazon account to use certain Amazon Services, and you may be required to be logged into the account and have a valid payment method associated with it.

If there is a problem charging your selected payment method, we may charge any other valid payment method associated with your account.

If you use any Amazon Service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and to the extent permitted by applicable law you agree to accept responsibility for all activities that occur under your account or password. You should take all necessary steps to ensure that the password is kept confidential and secure and should inform us immediately if you have any reason to believe that your password has become known to anyone else, or if the password is being, or is likely to be used in an unauthorized manner. You are responsible for ensuring that the details you provide us with are correct and complete, and for informing us of any changes to the information you have provided. Please see our Protecting Your Privacy Help Page to access your personal information.

You must not use any Amazon Service: (i) in any way that causes, or is likely to cause, any Amazon Service, or any access to it to be interrupted, damaged or impaired in any way, or (ii) for fraudulent purposes, or in connection with a criminal offence or other unlawful activity, or (iii) to cause annoyance or inconvenience.

We reserve the right to refuse any Amazon Services, terminate accounts, terminate your rights to use any Amazon Service, remove or edit content at our sole discretion. This will in particular be the case if we have reason to believe that you are in breach of applicable laws, applicable contractual provisions, our guidelines or our policies, which are made available to you from time to time or accessible on the website, or have conducted an unlawful, abusive, or otherwise inappropriate act. Notwithstanding any such limitation or termination, you will continue to have access to content and services purchased by you up to that point.

**7. REVIEWS, COMMENTS, COMMUNICATIONS AND OTHER CONTENT**

Where the functionality exists to do so, visitors may post reviews, comments and other content; send communications; and submit suggestions, ideas, comments, questions or other information, as long as the content is not illegal, obscene, abusive, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings or any form of "spam". You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. We reserve the right (but do not, in the absence of a valid Report Infringement Notice Form, assume the obligation) to remove or edit such content. If you believe that any content on any Amazon Service contains a defamatory statement, or that your intellectual property rights are being infringed by an item or information on any Amazon Service, please notify us by completing and submitting the appropriate Report Infringement Notice Form and we will respond.

If you post reviews, comments, questions or answers, or other content generated by you for display on the website (including any images, video or audio, all together "content"), you grant Amazon (a) a non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicensable license and right to use, reproduce, publish, make available, translate, adapt, publish, translate, create derivative works from, distribute, display and modify such content throughout the world (including the right to sublicense these rights to third parties) and (b) the right to use the name that you submit in connection with such content. No moral rights are transferred by this provision.

You may delete your content from public view or, where such functionality is offered, change settings so that it is only shown to people to whom you grant access.

You represent and warrant that you own or otherwise control all of the rights to the content that you post; that, as of the date that the content or material is posted: (i) the content and material is accurate; and (ii) use of the content and material you supply does not breach any applicable policies or guidelines and will not cause injury to any person or entity (including that the content or material is not defamatory). You agree to indemnify Amazon for all claims brought by a third party against Amazon arising out of or in connection with the content and material you supply except to the extent that any liability arises from our failure to properly remove the content when it is notified of the illegal nature of the content arising out of or on the grounds of, or originating from the content that you have communicated to us.. By deleting content from public view, you withdraw your license for Amazon to publish and make available that content publicly.

**8. AMAZON SOFTWARE TERMS**

In addition to these Conditions of Use, the terms found under Additional Amazon Software Terms (final section) apply to any software (including any updates or upgrades to the software and any related documentation) that we make available to you from time to time for your use in connection with Amazon Services (the "Amazon Software").

**9. APP PERMISSIONS**

When you use apps created by Amazon, you may grant certain permissions to us for your device. Most mobile devices provide you with information about these permissions.

**10. SANCTIONS AND EXPORT POLICY**

You may not use any Amazon Service if you are subject to sanctions or otherwise designated on any list of prohibited or restricted parties or owned or controlled by such a party, including but not limited to the lists maintained by the United States, United Nations Security Council, the European Union or its member states, or by any government authority in the country where you are using Amazon Services. In connection with the Service Terms and these Conditions of Use, you will comply with all applicable import, re-import, sanctions, anti-boycott, export, and re-export control laws, such as the Export Administration Regulations, the International Traffic in Arms Regulations, and economic sanctions programs administered by the Office of Foreign Assets Control. You understand that some of the software, technology or related information that you and your employees or contractors may have access to may be subject to export control laws and regulations (the "Export Controlled Materials"). You will not, without our prior written approval, allow any of your employees or contractors to have access to or use of any Export Controlled Materials if such access or use would require an export license.

**11. OTHER BUSINESSES**

We may provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of any of these businesses or individuals (including the content of their web sites). Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

**12. OUR LIABILITY**

The website and all information, content, materials, products (including any software) and services included on or otherwise made available to you through the website are provided by Amazon on an "as is" and "as available" basis, unless otherwise specified in the Service Terms or these Conditions of Use. Amazon makes no representations or warranties of any kind, express or implied, as to the operation of the website or the information, content, materials, products (including any software) or services included on or otherwise made available to you through the website, unless otherwise specified in the Service Terms or these Conditions of Use. You expressly agree that your use of the website is at your sole risk. To the full extent permissible by applicable law, Amazon disclaims all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. Amazon does not warrant that the website; information, content, materials, products (including any software) or services included on or otherwise made available to you through the website; its servers; or e-mail sent from Amazon are free of viruses or other harmful components. Amazon will not be liable for any damages of any kind arising from the use of the website or from any information, content, materials, products (including software) or services included on or otherwise made available to you through the website, including but not limited to direct, indirect, incidental, punitive, and consequential damages, unless otherwise specified in the Service Terms or these Conditions of Use. The laws of some countries do not allow some or all of the limitations described above. If these laws apply to you, some or all of the above disclaimers, exclusions, or limitations may not apply to you, and you might have additional rights.

**13. INDEMNITY AND RELEASE**

To the full extent permissible by law, you agree to indemnify and hold harmless Amazon.com Services LLC, its subsidiaries, affiliates and their respective officers, directors, agents and employees, from any claim or demand, or actions including reasonable attorney's fees, made by any third party or penalty imposed due to or arising out of your breach of these Conditions of Use or your violation of any law, rules, regulations or the rights of a third party. To the full extent permissible by law, you hereby expressly release Amazon.com Services LLC and/or its affiliates and/or any of its officers and representatives from any cost, damage, liability or other consequence and specifically waiver any claims or demands that you may have in this behalf under any statute, contract or otherwise.

**14. EVENTS BEYOND REASONABLE CONTROL**

Amazon will not be held responsible for any delay or failure to comply with its obligations under these conditions if the delay or failure arises from any cause which is beyond its reasonable control. This condition does not affect your statutory rights.

**15. APPLICABLE LAW AND DISPUTES**

By using any Amazon Service you agree that the laws of the United States, without regard to the principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon. The application of the United Nations Convention of Contracts for the International Sale of Goods is expressly excluded.

We both agree to submit to the jurisdiction of the Courts of the state of Washington, United States. If you would like to bring a matter to our attention, please contact us.

Any dispute or claim arising out of or relating in any way to your use of the Amazon Services will be resolved by binding arbitration, rather than in court, except that either party may elect to proceed in small claims court if the claims qualify. The Federal Arbitration Act, federal arbitration law, and Washington law apply to this agreement to arbitrate.

There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow these Conditions of Use as a court would.

Before you may begin an arbitration proceeding, you must send a letter notifying us of your intent to pursue arbitration and describing your claim to our registered agent: Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879.

Payment of all filing, administration and arbitrator fees will be governed by the AAA's Commercial Fee Schedule. You and Amazon each agree that the underlying award in arbitration may be appealed pursuant to the AAA's Optional Appellate Arbitration Rules. Arbitration conducted in person will be in King County, Washington or another mutually agreed location.

You and Amazon each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, collective, consolidated or representative action. If for any reason a claim proceeds in court rather than in arbitration, you and Amazon each waive any right to a jury trial. You and Amazon also both agree that you or Amazon may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**16. ALTERATIONS TO SERVICE OR AMENDMENTS TO THE CONDITIONS OF USE**

We reserve the right to make changes to any Amazon Services, policies, terms and conditions including these Conditions of Use and Service Terms at any time. You will be subject to the terms and conditions, policies and Conditions of Use in force at the time that you use the Amazon Services. If any of these Conditions of Use is deemed invalid, void, or for any reason unenforceable, that condition will be deemed severable and will not affect the validity and enforceability of any remaining condition.

**17. WAIVER**

If you breach these Conditions of Use and we take no action, we will still be entitled to use our rights and remedies in any other situation where you breach these Conditions of Use.

**18. OUR CONTACT DETAILS**

This website is owned and maintained by Amazon.com, Inc.:
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226

**19. NOTICE AND PROCEDURE FOR MAKING CLAIMS OF RIGHT INFRINGEMENTS**

Amazon respects the intellectual property of others. If you believe that your intellectual property rights have been infringed, please submit your complaint using our online Report Infringement Notice Form. This form may be used to report all types of intellectual property claims including, but not limited to, copyright, trademark, design, and patent claims.

Upon receipt of a complaint, we may take certain actions, including removing information or an item, and termination of repeat infringers in appropriate circumstances. All such actions are taken without any admission as to liability and without prejudice to any rights, remedies or defenses, all of which are expressly reserved. This includes forwarding the complaint to the parties involved in the provision of the allegedly infringing content. You agree to indemnify Amazon for all claims brought by a third party against Amazon arising out of or in connection with the submission of a complaint.

Important Warning: Giving false, misleading, or inaccurate information in the Notice Form to Amazon may result in civil and/or criminal liability. You should contact a legal advisor should you have any questions.

**ADDITIONAL AMAZON SOFTWARE TERMS**

Use of the Amazon Software. You may use Amazon Software solely for purposes of enabling you to use and enjoy the Amazon Services as provided by Amazon, and as permitted by the Conditions of Use, these Software Terms, and any Service Terms. You may not incorporate any portion of the Amazon Software into your own programs, transfer it for use with another service, or sell, rent, lease, lend, loan, distribute or sub-license the Amazon Software. You may not copy, modify, create derivative works of, or assign any rights to the Amazon Software, in whole or in part. Any use for illegal purposes is strictly prohibited. Rights to use Amazon Software terminate immediately upon breach.

Use of Third-Party Services. When you use the Amazon Software, you may also be using services of one or more third parties, such as a wireless carrier or mobile platform provider. Your use of these third-party services may be subject to their own terms and fees.

No Reverse Engineering. Unless explicitly permitted by applicable law, you may not, and will not assist or authorize others to, reverse engineer, decompile, disassemble, tamper with, or bypass any security associated with the Amazon Software.

Updates. Amazon may offer automatic or manual updates to the Amazon Software at any time without notice.

Conflicts. In the event of any conflict between these Conditions of Use and third-party terms (such as open-source licenses), the third-party terms will govern for that specific software.

Conditions of Use
Privacy Notice
© Amazon.com, Inc., or its affiliates.

INTERNET ARCHIVE WaybackMachine https://sellercentral.amazon.com/help/hub/reference/external/U5SQCEKADDAQRLZ Go
20 captures
6 Sep 2022 - 9 Sep 2026
MAY SEP DEC
16
2024 2025 2026
About this capture



This article applies to selling in: **United States**



# Intellectual Property for Rights Owners

**On this page**

Main types of IP
Types of notices not accepted on Amazon
Reporting Infringement
How to obtain seller IDs when reporting infringement
Result from submitting a notice of infringement

**Note:** The following information does not contain legal advice. You should consult a lawyer if you have specific questions about your IP rights or the IP rights of others.

Amazon is dedicated to ensuring that goods do not violate or infringe a Rights Owner's intellectual property (IP).

If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry.

Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

To learn more about intellectual property rights, please contact your local intellectual property office or attorney.

## Main types of IP

### A. Trademark

A trademark is a word, symbol, or design (such as a stylized brand name or logo) that a company uses to identify its goods or services and to distinguish them from other companies' goods and services. Generally, trademark laws exist to prevent customer confusion about the source of goods or services.

A trademark owner usually protects a trademark by registering it with a country-specific trademark office (such as the United States Patent and Trademark Office).In some cases, a person or company might have trademark rights based on only the use of a mark in commerce, even though the mark was never registered with a country-specific trademark office. Those rights are known as "common law" trademark rights and can be more limited.

**Example:** Trademarks are often displayed on Amazon's product detail pages in the form of product and brand names listed on a product detail page. For example, the “Pinzon” by Amazon” trademark appears above the product title in the brand value portion of the product detail page shown below.




**ASIN-Level:** If a product or product packaging available on Amazon bears your trademark but you do not make that product, then you may report the entire ASIN, or entire product detail page, for trademark infringement.

**Seller-Level:** If you believe a particular offer from a Seller is listing a product that infringes your trademark, then you may report that offer as infringing. However, expect the product detail page and ASIN to remain live if you report an offer. When you report an offer, and not an entire ASIN, you are only referring to the offer for infringement, not the entire ASIN or product detail page. It is also helpful to provide a test buy with a valid Order ID to support your report.

**Product Detail Page:** If your trademark is being used on the product detail page, but the product being sold is not your product, you may report use of the trademark on the product detail page as infringing.

If the trademark you are report is used solely to indicate compatibility with your product, we may reject your notice.

### B. Copyright

A copyright protects original works of authorship, such as videos, movies, songs, books, musicals, video games, paintings, etc. Generally, copyright law is meant to incentivize the creation of original works of authorship for the benefit of the public. To receive copyright protection, a work of authorship must be created by an author, and must have some amount of creativity. If someone is the author of an original work, then they typically own the copyright in that work.

In some countries, a copyright owner can protect its copyrighted material by registering the material with a country-specific copyright office (for example, US Copyright Office).. You can generally use your own copyrighted images on product detail pages to sell a product; however, you should not take images from other sources and add them to product detail pages without the Rights Owner's permission.

Related articles

Amazon Services Business Solutions Agreement
Changes to the Amazon Services Business Solutions Agreement
Program Policies
Changes to program policies
International selling agreements
Additional Guidelines
About seller facial data
About Brand Registry facial data verification
Use of business credit reports
Directive on Administrative Cooperation–7th Amendment (DAC7)
About the INFORM Consumers Act
Report Infringement form: Enter ASINs in bulk
Using the Report Infringement form
Troubleshooting Guide

Need more help?

Visit Seller Forums
See more on Seller Central

**Note:** When you add your copyrighted image or copyrighted text to a product detail page , you grant Amazon and its affiliates a license to use the material. For more information, see the Amazon Services Business Solutions Agreement. Other sellers can list their identical products for sale on pages to which you have added your copyrighted images or text, even if you no longer sell that product.

**Example:** The owner of the Pinzon brand took the photos of the towels shown below and owns the copyright of the towels images. If a seller were to copy these images to sell their product on another product detail page, that seller could be violating the Rights Owner's copyright of the towels images.




**ASIN-Level:** If a product or its packaging is using your copyrighted work, such as text or images, without your permission, then you may report the entire ASIN for copyright infringement.

**Seller-Level:** If you believe a particular offer from a Seller listing a product that infringes your copyright, then you may report that offer as infringing. However, expect the product detail page and ASIN to remain live if you report an offer. When you report an offer, and not an entire ASIN, you are only referring to the offer for infringement, not the entire ASIN or product detail page. It is also helpful to provide a test buy with a valid Order ID to support your report.

**Image or Text:** If your copyrighted image is used on a product detail page without your permission, then you may report the image as infringing. However, expect the product detail page and ASIN to remain live if you report an image or text. When you report an image or text, and not an entire ASIN, you are only referring to the image or text for infringement, not the entire ASIN or product detail page.

### C. Patent

A patent is a form of legal protection for inventions. An issued patent grants its owner the right to exclude others from making, using, or selling the invention for a fixed number of years. In the United States, there are two principal types of patents: Utility patents and Design patents. Utility patents, the most common kind of patent, can be granted for the following:

- A new machine
- Article of manufacture
- Composition of matter, process, or improvement to any of those
- Protects the structure and functions of a product (rather than how it looks)

**Utility:** A utility patent is different from a trademark in that it protects an invention (such as a new machine) rather than a word or logo used to identify the source of the product. A utility patent is different from a copyright in that it does not protect the expressive content of a creative work like a book or a picture, but instead protects a specific invention, such as a new method of printing books or a new type of camera.

If an ASIN or product on Amazon is infringing your utility patent, then you may report the entire ASIN. It is helpful to provide a court order or an International Trade Commission order finding infringement of the reported patent with your notice

**Design:** Design patents are granted for the unique look of a product, but do not cover the functions of a product. In the United States, design patent numbers begin with the letter "D."

### D. Parallel Imports

Rights owners may prohibit third parties from importing their goods into the European Economic Area (EEA) or Brazil without their consent. They cannot prohibit the resale of products that were legally imported into the EEA or Brazil with their authorization. For instance, the sale of a product that was originally legally imported into the UK then being re-sold by a third party to a buyer in Italy is not an IP-infringing parallel import. This is also the case for copyrighted content into Turkey.

You can report parallel imports as trademark or copyright infringement, depending on your IP. Make sure to specify whether the product (version) is a parallel import, i.e. has never been imported into the EEA with your consent and how you identified the product as being a parallel import. You may also choose to specify certain sellers listing on a product detail page that are offering parallel import goods, in which case we recommend that you make a test buy to confirm whether a seller is indeed offering parallel import goods or reference specific text in the implicated sellers product description page.

### E. Right of Publicity

The right of publicity, often called personality rights, is the right of an individual to control the commercial use of his or her name, image, likeness, or other unequivocal aspects of one's identity. You cannot post content that infringes on a person's right of publicity nor force or otherwise coerce a person without amicable agreement to allow use of their rights of publicity.

If you are claiming a right to publicity you must specifically claim your right and provide evidence to support your claim for us to complete our investigation.

## Types of notices not accepted on Amazon

.

**Compatibility:** Amazon does not enforce notices seeking to remove true statements indicating compatibility with trademarked products. If a product detail page clearly and truthfully states the product being sold on that page is compatible with a trademarked product, Amazon will not take action on a notice directed to the use of the trademarked term.

**Location:** If you are reporting infringement of a registered trademark or patent, your registered trademark or patent must be registered in the country where you are reporting the infringement. Amazon does not take action on intellectual property notices concerning registered trademarks, designs, or patents from countries other than the country for which takedown is requested. For example, if you have a trademark registered in Italy, and you ask Amazon to remove an ASIN from Amazon in the United States, Amazon will likely reject your

notice.

**Minimum Advertised Price (MAP) Agreements:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the resellers, Amazon does not assist in this type of enforcement activity.

**Exclusive Distribution (except in China, France, and the United Arab Emirates) –** Amazon does not enforce exclusive distribution rights except within the countries that have laws specifically referring to selective or exclusive distribution.

**Parallel Import or Warranty claims (except where applicable in the EU, Brazil, or Turkey):** Amazon only accepts parallel import claims as it conforms to each marketplace's governing laws. For example, if a Rights Owner can legally claim rights on imports into the EU, those same rights will not extend to the US market. Warranty claims will only be evaluated when the Rights Owner has a valid Parallel Import claim.

**Barcode Ownership:** Amazon does not enforce ownership over barcode, UPC, or EAN.

## Reporting Infringement

To submit a notice of IP infringement, you must be the Rights Owner who owns the IP being reported or an agent with permission from the Rights Owner to submit notices on his or her behalf. Rights Owners may also share answers to frequently asked questions on how Amazon handles infringement complaints in our seller forums.

If your brand is enrolled in Amazon Brand Registry, you can submit a report via the Report a Violation (RAV) tool or through our Report Infringement form. Rights Owners who do not have a brand enrolled in Amazon Brand Registry can submit via the Report Infringement form. It is a requirement that a notice submitter be logged into an Amazon account in order to use either form to submit a report for infringing trademark, copyright, patent, or other IP claim..

You should include the following information in your report:

- Specific identification of the IP you believe is infringed. For trademark, copyright, patents, parallel import include the registration number, written description of or link to copyrighted work, first date of use, etc.
- Nature of infringement (whether infringement occurs on the product, physical product packaging, image on the product detail page, or text on the product detail page).
- List of infringing products (including Amazon Standard Identification Numbers (ASINs) and/or URLs for the product detail page of the specified product). If you believe that only a subset of sellers are infringing, and you are not accusing the entire product detail page, click the checkbox next to the name of each seller you are reporting in the Report Infringement form or RAV.

> **Important:** You can find the product URL on the mobile app by navigating to the detail page in the app. Click the share button in the bottom right corner of the product image, copy the product URL, and navigate to the page. You can then see the full URL in your browser.

- List of infringing sellers. If the infringing seller is listing on your ASIN, ensure the specific sellers are identified to safeguard against the entire ASIN being actioned. Remember that a product detail page allows customers to view a specific product available on Amazon with information common to all sellers' offers for that product, such as the product's title, brand, images, bullet points, descriptions, variations (such as size or color) and customer reviews. It can include one or more offers from both sellers or Amazon. Carefully review the selected Sellers to ensure that you are not reporting your own offer
- Supporting documentation or any other information that will help Amazon in processing your complaint (such as order IDs for any test buys on the products you are reporting).
- Your contact details (name, address, phone number, email address, and secondary contact details that we can share with affected sellers).

**Do not submit more than one type of IP violation per notice.** In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen in the Report Infringement form or RAV (such as, patent, trademark, or copyright). The following are examples of submissions that contain more than one complaint type within a notice:

- Selecting trademark infringement and discussing copyright issues in the submission. The notice will be processed as a trademark complaint only. If you want to report infringement of a trademark and a copyright, file separate notices.
- Indicating two trademark numbers in one notice, as only the first trademark number will be considered for that notice. If you want to report infringement of separate trademarks, file separate notices.

If circumstances have changed post-submission of your infringement complaint, you may submit a retraction.

## How to obtain seller IDs when reporting infringement

If a seller's offers are infringing on your intellectual property or a product sold on Amazon is infringing your intellectual property, you can use RAV or the Report Infringement form to report one of the following:

1. All sellers listing on the ASIN (product)
2. Specific sellers' offers

Once you have determined what ASINs to report, the seller IDs are automatically populated in our systems by the Report Infringement form and RAV.

Both RAV and the Report Infringement form will auto-populate a list of sellers that are listing an ASIN or product detail page once you provide either an ASIN or URL. Select either **ALL sellers** or the **Specific sellers** option when submitting your report of intellectual property infringement.

## Result from submitting a notice of infringement

You will receive a confirmation message that we are reviewing your notice. We will send you a follow up message once your notice has been processed.

If your notice is valid, we will inform the responsible sellers about your claim and share your secondary contact information with them should they have any follow-up questions.

If your secondary contact information is not available, then we will share your primary contact information with the seller.

If your notice of infringement is accepted, we will remove the content you reported and take appropriate action against the responsible sellers. Amazon does not share details of actions which are not already public in nature.

If your notice of infringement is rejected, we will not remove the content you reported and we will not take action on the seller.You will receive a notification with the reason for rejection of your notice.

**Important:** The continuous submission of inaccurate or fake notices could lead to the removal of your submission privileges.

Reach Hundreds of Millions of Customers
Start Selling On Amazon

© 1999-2025, Amazon.com, Inc. or its affiliates