David P. Johnson (#13260)
djohnson@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

Michael A. Albert (admitted pro hac vice)
malbert@wolfgreenfield.com
Ryan Van Olst (admitted pro hac vice)
rvanolst@wolfgreenfield.com
Evan C. Jones (MA #709940) (pro hac vice)
ejones@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617-646-8000

*Attorneys for Plaintiff and Counterclaim-Defendant*
*DRINK LMNT, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| DRINK LMNT, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ELMNT, LLC, a Utah limited liability company,<br><br>Defendant and Counterclaim-Plaintiff. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNT I OF DEFENDANT'S COUNTERCLAIM**<br><br>Case No. 2:26-cv-00730-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

This matter comes before the Court on Plaintiff and Counterclaim-Defendant Drink LMNT, Inc.'s Motion to Dismiss Count I of Defendant's Counterclaim and Memorandum in Support. The Court, having reviewed the motion, any response in opposition and reply in support, and being fully advised, hereby GRANTS the motion and ORDERS:

Count I of Defendant ELMNT, LLC's Counterclaim (Dkt. 22), for tortious interference with economic relations, is DISMISSED WITH PREJUDICE.

DATED this ____ day of ______________, 2026.

BY THE COURT:

__________________________
David Barlow
United States District Judge

DATED: October 21, 2026.