David P. Johnson (#13260)
djohnson@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: 801-533-9800

Michael A. Albert (pro hac vice)
malbert@wolfgreenfield.com
Evan C. Jones (pro hac vice)
ejones@wolfgreenfield.com
Christina M. Licursi (pro hac vice)
clicursi@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617.646.8000

Ryan Van Olst (pro hac vice)
rvanolst@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001
Telephone: 202.571.5001

*Attorneys for Plaintiff Drink LMNT, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DRINK LMNT, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>ELMNT, LLC, a Utah limited liability company,<br>Defendant. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Civil Action No.: 2:26-cv-00730-DBB-PK<br><br>District Judge David Barlow<br><br>Magistrate Judge Paul Kohler |

Please take notice that Ryan Van Olst, counsel for Plaintiff Drink LMNT, Inc., has the following new address.

Ryan Van Olst
rvanolst@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax

Please note counsel's new address on all future pleadings and correspondence.

Respectfully submitted,

Date: October 21, 2026

*/s/ Ryan Van Olst*

Ryan Van Olst
Michael A. Albert
Evan C. Jones
Christina M. Licursi
WOLF, GREENFIELD & SACKS, P.C.

David P. Johnson
WORKMAN NYDEGGER

*Counsel for Plaintiff Drink LMNT, Inc.*